# UNITED STATES DISTRICT COURT

District of Massachusetts

EDWARD A. TOVREA, individually and on behalf of all others similarly situated

V.

VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ and JOSEPH FRATTAROLI

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04-10851 RCL

TO: (Name and address of Defendant)  Joseph Frattaroli (Chief Financial Officer)
VASO ACTIVE PHARMACEUTICALS, INC.
99 Rosewood Drive, Suite 260
Danvers, MA  01923

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Lagorio, Esq.
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

4-28-04

DATE

