AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **MASSACHUSETTS**

MODHI GUDE and ARJI GAUTHAMI, On Behalf of
Themselves and All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

VASO ACTIVE PHARMACEUTICALS, INC.,
STEPHEN G. CARTER and JOHN J. MASIZ

CASE NUMBER: 04 10789 RCL

TO: (Name and address of defendant)

JOHN J. MASIZ
26 High Street
Topsfield, MA 01983

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
617-369-7979

William S. Lerach
Darren J. Robbins
Cori Sweat
MILBERG WEISS BERSHAD HYNES &
  LERACH LLP
401 B Street, Suite 1700
San Diego, CA 92101
619-231-1058

David R. Scott
SCOTT + SCOTT, LLC
108 Norwich Avenue
Colchester, CT 06415
860-537-3818

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

APR 20 2004

DATE