UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWARD A. TOVREA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, AND JOSEPH FRATTAROLI<br>Defendants. | CIVIL ACTION NO.<br>04-10851 (RCL) |

## JOINT MOTION AND [PROPOSED] ORDER
## TO EXTEND TIME TO RESPOND TO THE COMPLAINT

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Vaso Active Pharmaceuticals, Inc, John J. Masiz and Joseph Frattaroli (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. The defendants agree to accept service of the complaint in the above-entitled action, the date of service to be deemed the date of this joint motion.

Plaintiff's counsel has represented that plaintiff will file an amended complaint in this action. Thus, the parties respectfully request that the following pleading and briefing schedule be ordered in these cases:

- The consolidated amended complaint shall be due thirty-five (35) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

- Defendants shall have thirty-five (35) days following the filing of the consolidated amended complaint to answer, move or otherwise respond to the complaint.

- If the Defendants move to dismiss the consolidated amended complaint, plaintiffs shall have thirty-five (35) days from their receipt of Defendants' motion to file their opposition thereto.

- Following the receipt of plaintiffs' opposition, Defendants shall have twenty (20) days to file a reply brief in support of their motion to dismiss.

Dated:  June 7, 2004

| | |
|---|---|
| EDWARD A. TOVREA, Individually and On Behalf of All Others Similarly Situated, | VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, and JOSEPH FRATTAROLI, |
| By his attorneys, | By their attorneys, |
| **/s/ David Pastor** | **/s/ Colleen Dunham Henschke** |
| David Pastor | Jeffrey B. Rudman (BBO #433380) |
| Peter A. Lagorio | Michael G. Bongiorno (BBO #558748) |
| Gilman and Pastor, LLP | Colleen Dunham Henschke (BBO #645009) |
| Stonehill Corporate Center | WILMER CUTLER PICKERING |
| 999 Broadway, Suite 500 | HALE AND DORR LLP |
| Saugus, MA 01906 | 60 State Street, |
| (781)-231-7840 | Boston, Massachusetts 02109 |
| | (617) 526-6000 |
| Bruce G. Murphy | Richard S. Kraut |
| Law Offices of Bruce G. Murphy | DILWORTH PAXSON LLP |
| 265 Llwyds Lane | 1818 N Street, N.W., Suite 400 |
| Vero Beach, FL  32963 | Washington, D.C. 20036 |
| (561) 231-4202 | (202) 452-0900 |
| Eric J. Belfi | |
| Rabin, Murray, & Frank LLP | |
| 275 Madison Avenue | |
| New York City, NY  10016 | |
| (212) 682-1818 | |
| Gregory Linkh | |
| Murray, Frank & Sailer LLP | |
| 275 Madison Avenue, Suite 801 | |
| New York, NY  10016 | |
| (212) 682-1818 | |

- 3 -

Michael Goldberg
Law Offices of Lionel Z. Glancy
1801 Avenue of the Stars #308
Los Angeles, CA  90067
(310) 201-9150

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 7th day of June, 2004 either electronically or by overnight mail on:

David Pastor
Gilman and Pastor, LLP
999 Broadway, Suite 500
Saugus, MA  01906

**/s/ Colleen Dunham Henschke**